UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:18-MC-00099-RSL |
| Plaintiff, | (2:07-CR-00302-RSM-1) |
| v. | **Agreed Continuing Garnishment Order** |
| JOHN MALCOLM STEWART, | |
| Defendant/Judgment Debtor, | |
| and | |
| VOLUME SERVICES, INC., | |
| Garnishee. | |

A Writ of Continuing Garnishment directed to Garnishee, Volume Services, Inc., has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Volume Services, Inc. filed its Answer on November 16, 2018, stating that at the time of the service of the Writ, Defendant/Judgment Debtor John Malcolm Stewart (Mr. Stewart) was an active employee who was paid bi-weekly.

//

AGREED CONTINUING GARNISHMENT ORDER
(*USA v. John Malcolm Stewart and Volume Services, Inc.*,
USDC#: 2:18-MC-009992-RSL / 2:07-CR-00302-RSM-1) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

After notification of the garnishment proceeding was mailed to the parties on or about October 12, 2018, the Defendant/Judgment Debtor has not requested a hearing to determine exempt property as of this date. On February 19, 2019, the United States filed an Agreed Motion to Issue Continuing Garnishment Order, stating that it had agreed with Mr. Stewart, through his counsel, to request a reduced garnishment rate of 15 percent of his disposable earnings at Volume Services, Inc. The United States attached a Proposed Agreed Continuing Garnishment Order to that effect, jointly presented with Mr. Stewart for signature.

IT IS THEREFORE ORDERED as follows:

That Garnishee, Volume Services, Inc., shall pay to the United States District Court for the Western District of Washington, all non-exempt earnings payable to Mr. Stewart, that it has previously withheld pursuant to the Writ of Garnishment;

That from this date forward, Volume Services, Inc. shall withhold and pay to the United States District Court for the Western District of Washington, 15 percent of the disposable earnings payable to Mr. Stewart upon each period of time when Mr. Stewart is entitled to receive such funds, and shall continue such payments, if any, until Mr. Stewart's debt is paid in full or until he is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody, or control of any funds due and owing to Mr. Stewart, or until further order of this Court;

**AGREED CONTINUING GARNISHMENT ORDER**
*(USA v. John Malcolm Stewart and Volume Services, Inc.,*
**USDC#: 2:18-MC-009992-RSL / 2:07-CR-00302-RSM-1) - 2**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

That such payments shall be applied to Mr. Stewart's outstanding obligation by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:07-CR-00302-RSM-1 and 2:18-MC-00090-RSL, and delivered either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn:  Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101.

DATED this 20th day of February, 2019.

_MM S Lasnik_
Robert S. Lasnik
United States District Court Judge

**AGREED CONTINUING GARNISHMENT ORDER**
(*USA v. John Malcolm Stewart and Volume Services, Inc.,*
USDC#: 2:18-MC-009992-RSL / 2:07-CR-00302-RSM-1) - 3

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970